| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. 2:09-cr-00013-LKK-1 |
| v. | ) | |
| | ) | |
| JESSY AVERHART | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                          ( ) Ad Testificandum

Name of Detainee: **JESSY AVERHART**
Detained at (custodian): **Anchorage Correctional Complex**

Detainee is:     a.)    ( ) charged in this district by:    (**X**) Indictment  ( ) Information  ( ) Complaint
                                  charging detainee with:  Conspiracy to Distribute and To Possess with Intent to Distribute Methamphetamine and Heroin

   or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
   or    b.)    (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on or before March 3, 2009 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Mary L. Grad |
| Printed Name & Phone No: | MARY L. GRAD |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                          ( ) Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on or before March 3rd 2009, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 3, 2009.

                                                         U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male X   Female ___ |
| Booking or CDC #: | 483535 | DOB: 05/14/1975 |
| Facility Address: | Anchorage Correctional Complex | Race: WHITE |
| | 1400 East 4th, Anchorage, Alaska, 99501 | FBI #: |
| Mailing Address: | 1400 East 4th, Anchorage, Alaska, 99501 | |
| Facility Phone: | 907-269-4100 | |
| Currently Incarcerated For: | Assault and Robbery | |

---

**RETURN OF SERVICE**

Executed on _____  By: _____
                                                           (Signature)