BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>             Plaintiff,           )<br>                                  )<br>     v.                           )<br>                                  )<br>JESSY AVERHARDT,                  )<br>                                  )<br>             Defendant.           )<br>                                  )<br>_____) | CR. No. 2:09-CR-013-LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE DATE EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT |

   The parties appeared before the court on August 31, 2010.  Due to Jessy Averhart being relocated to Butte County Jail, defense counsel for Jessy Averhardt was unable to confer with Mr. Averhart regarding recent changes in the government's plea offer.  Counsel for defendant Averhart needs additional time to review the plea agreements with the client and to determine whether the case can resolve prior to trial.  The United States, through Assistant U.S. Attorney Mary L. Grad and the defendant Jessy Averhardt, through his counsel of record, agreed that **September 14, 2010 at 9:15 a.m.** was an appropriate date to which the status conference should be continued.  The parties anticipate that Mr. Averhart will enter a guilty plea on

1

that date.  The parties further agreed that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from August 31, 2010 through September 14, 2010.

SO ORDERED.

Date: September 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT